UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
:
PGA TOUR, INC.,                                           :
:
            Plaintiff,                           :
:
   -v.-                                                   :   Case No. 22-MC-00294-LGS
:
PUBLIC INVESTMENT FUND OF THE                             :
KINGDOM OF SAUDI ARABIA and YASIR                         :
OTHMAN AL-RUMAYYAN,                                       :
:
            Defendants.                          :
---------------------------------------------------------x

## NOTICE OF APPEARANCE

The undersigned respectfully enters his appearance as counsel of record for Interested Party LIV Golf, Inc. and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Interested Party LIV Golf, Inc.  The undersigned is a member of this Court in good standing.

Dated:  New York, New York
        October 27, 2022

                        GIBSON, DUNN & CRUTCHER LLP

                        By:  */s/ Reed Brodsky*
                            Reed Brodsky

                        200 Park Avenue
                        New York, New York 10166
                        Telephone: (212) 351-5334
                        RBrodsky@gibsondunn.com

                        *Attorney for Interested Party LIV Golf, Inc.*

105820813.1